UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GLEN FANNIN, | ) | CASE NO. 1:06 CV 2120 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER OF TRANSFER</u> |
| DAVID BOBBY, | ) | |
| | ) | |
| Respondent. | ) | |

On September 1, 2006, petitioner <u>pro se</u> Glen Fannin filed this action for habeas corpus under 28 U.S.C. § 2254. For the reasons stated below, this action must be transferred to the United States Court of Appeals for the Sixth Circuit.

A second or successive motion under section 2254 may not be filed without leave from the appropriate court of appeals. 28 U.S.C. § 2244(b)(3). This is at least the second petition filed by Fannin in this court challenging his June 22, 2001 drug related convictions in Cuyahoga Court of Common Pleas Case No. CR405055. A previous petition challenging these convictions was dismissed with prejudice on October 20, 2004. <u>See</u> <u>Fannin v. Rose</u>, N.D. Ohio Case No. 1:03 CV 1128.

Accordingly, pursuant to <u>In re Sims</u>, 111 F.3d 45 (6th Cir. 1997), this action is hereby transferred to the United States

Court of Appeals for the Sixth Circuit.

    IT IS SO ORDERED.

                                      /s/ Patricia A. Gaughan
                                      PATRICIA A. GAUGHAN
                                      UNITED STATES DISTRICT JUDGE

Dated: 10/23/06